**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-25820/26704221

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Shane Edwin Moyle and Carolyn Ann Moyle<br>    Debtors.<br>_____<br>Chase Bank USA, N.A.<br>    Movant,<br>  vs.<br><br>Shane Edwin Moyle and Carolyn Ann Moyle,<br>Debtors, Dale D. Ulrich, Trustee.<br><br>    Respondents. | No. 2:09-BK-25655-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 22, 2007 and recorded in the office of the Maricopa County Recorder wherein Chase Bank USA, N.A. is the current beneficiary and Shane Edwin Moyle and Carolyn Ann Moyle have an interest in, further described as:

> The land referred ro in this policy is situated in the State of AZ, County of MARICOPA, City of MESA and described as follows:
>
> Lot 17, Southern Manor of Mesa, according to Book 201 Maps, Page 41, Certificate of Correction recorded in 13231, page 448, records of Maricopa County, Arizona.
>
> Except all oil, gas, other hydrocarbon substances, helium, or other substances of a gaseous nature, coal metals, fossils, fertilizer of every name and description, together with all uranium, thorium or any other materials which is or maybe determined by the laws of the united states, or of this state, or decision of court, to be peculiarly essential to the production of fissionable materials, whether or not of commercial value and the exclusive right thereto, on in or under the above described lands, shall be and remain and are hereby reserved in and retained by the state of Arizona.
>
> APN 139-08-189
> WITH THE APPURTENANCES THERETO.
> APN: 139-08-189

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT