UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| MOYLE, SHANE EDWIN<br>MOYLE, CAROLYN ANN | )<br>)<br>)<br>)<br>) | Case No. 09-25655-PHX RTB<br><br>APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | )<br>) | TO THE U.S. BANKRUPTCY COURT |

DALE D ULRICH, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 102 | 12/6/2010 | NCO Financial<br>PO Box 13584<br>Philadelphia, PA   19101 | $33.90 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of  $ 33.90 to the Clerk of the Court to be deposited in the Registry thereof.

|  |  |
|---|---|
| March 10, 2011 | /s/ DALE D ULRICH |
| DATE | DALE D ULRICH, TRUSTEE |